### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI

RODZINSKI WEEKLY                                                                                             PLAINTIFF

V.                                                                              CIVIL ACTION NO. 3:20-CV-146-MPM-RP

TALLAHATCHIE COUNTY, MISSISSIPPI, et al.                                            DEFENDANTS

### ORDER SUBSTITUTING PARTY

This matter is before the court on the parties' joint *ore tenus* motion to substitute Tallahatchie County, Mississippi for the defendant incorrectly named in the complaint as Tallahatchie County Sheriff's Office. The court finds the request is well taken and should be **GRANTED**. Tallahatchie County, Mississippi is substituted as the defendant in place of Tallahatchie County Sheriff's Office. The Clerk of Court is directed to change the style on the docket to reflect the new, properly designated defendant, and the parties are directed to observe this change in future filings.

**SO ORDERED,** this the 10th day of August, 2020.

                                                                                    /s/ Roy Percy
                                                                                    UNITED STATES MAGISTRATE JUDGE